UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIRECTORS GUILD OF AMERICA, INC.,

                              Petitioner,

-v-

NATIONAL BROADCASTING COMPANY. INC.,

                              Respondent.

22 Civ. 1770 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On March 4, 2022, petitioner Directors Guild of America, Inc. (the "Directors Guild") filed a petition to confirm an arbitration award. Dkt. 3. It is hereby ordered that respondent National Broadcasting Company, Inc. shall serve any opposition to the petition by March 25, 2022. The Directors Guild's reply, if any, shall be served by April 8, 2022. At the time any reply is served, the moving party shall supply the Court with courtesy copies of all motion papers via email to EngelmayerNYSDChambers@nysd.uscourts.gov.

SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: March 7, 2022
       New York, New York